# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **V.** | : Case No. 1:23-CR-156-RDA |
| | : |
| **DANIEL MARC LOFARO** | : |
| **Defendant** | : |

_____

### DEFENDANT'S MOTION TO FILE UNDER SEAL HIS RESPONSE TO THE GOVERNMENT'S MOTION TO REVOKE RELEASE
_____

COMES NOW the Defendant, by and through counsel, pursuant to Local Rule 49(A), and hereby files this Motion to File Under Seal his response to the Government's Motion to Revoke his Release.

In support of this motion, the Defendant states that his response refers to and includes to discovery materials that are subject to a protective order in this case as well as personal information regarding Mr. Lofaro referenced in a sealed pretrial services report.

Respectfully submitted,


DANIEL LOFARO
By Counsel



_____/s/_____
Frank Salvato
1203 Duke Street
Alexandria, Virginia 22314
703-548-5000
Bar No. 30453
Frank@Salvatolaw.com


_____/s/_____
Michael Sprano
The Sprano Law Firm
10603 Judicial Drive
Fairfax, Virginia 22030
703-591-1332
Bar No. 43225
MSprano@spranolaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of October, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification (NEF) to:

Lauren Halper
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Lauren.Halper@usdoj.gov

                                              /s/
                                Michael C. Sprano
                                VSB # 43225
                                10603 Judicial Drive
                                Fairfax VA 22030
                                703 591 1332
                                msprano@spranolaw.com

Case 1:23-cr-00156-RDA   Document 22   Filed 10/23/23   Page 4 of 4 PageID# 71